**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jaime Francisco RUELAS–CECENA, aka Jaime Ruelas, Defendant—Appellant.**

No. 04–10251.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Filed Jan. 17, 2006.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed.R.App.P. 34(a)(2).

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

David Paul Flannigan, Esq., USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Nathan D. Leonardo, Esq., Leonardo & Roach, Tucson, AZ, for Defendant–Appellant.

MEMORANDUM **

Jaime Francisco Ruelas–Cecena appeals from his guilty-plea conviction and 60-month sentence for possession with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.